NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**TQP DEVELOPMENT LLC,**
*Plaintiff-Appellant,*

v.

**TWITTER, INC., LINKEDIN CORPORATION, AND YELP, INC.,**
*Defendants-Appellees.*

2014-1745, -1757, -1758, -1759

Appeals from the United States District Court for the Eastern District of Texas in Nos. 2:12-cv-00191-WCB-RSP, 2:12-cv-00503-WCB, 2:12-cv-00656-WCB, and 2:13-cv-00219-WCB, Circuit Judge William C. Bryson.

-------------------------------------------------------------------------------

**TQP DEVELOPMENT LLC,**
*Plaintiff-Appellant,*

v.

**THE HERTZ CORPORATION AND INTUIT INC.,**
*Defendants-Appellees.*

2014-1751, -1755

---

Appeals from the United States District Court for the Eastern District of Texas in Nos. 2:12-cv-00180-WCB and 2:12-cv-00702- WCB, Circuit Judge William C. Bryson.

---

# O R D E R

The above-captioned appeals appear to be related.

Accordingly,

IT IS ORDERED THAT:

(1) Appeals 2014-1745, -1757, -1758 and -1759 are consolidated. The revised official caption is reflected above. The opening brief shall be due no later than October 27, 2014.

(2) Appeals 2014-1751 and -1755 are consolidated. The revised official caption is reflected above. The opening brief shall be due no later than October 27, 2014.

(3) These sets of consolidated appeals shall be considered companion cases and assigned to the same merits panel.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26