NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

___

**TQP DEVELOPMENT LLC,**
*Plaintiff – Appellant,*

v.

**TWITTER, INC., LINKEDIN CORPORATION, and YELP, INC.,**
*Defendants – Appellees.*

___

2014-1745, -1757, -1758, -1759
___

Appeals from the United States District Court for the Eastern District of Texas in Nos. 2:12-cv-00191-WCB-RSP, 2:12-cv-00503-WCB, 2:12-cv-00656-WCB, and 2:13-cv-00219-WCB, Circuit Judge William C. Bryson.

___

**O R D E R**

The parties having so agreed, it is

ORDERED that the proceedings are DISMISSED under Fed. R. App. P. 42 (b).

FOR THE COURT

October 2, 2014            /s/ Daniel E. O'Toole
                           Daniel E. O'Toole
                           Clerk of Court

**ISSUED AS A MANDATE:** October 2, 2014

cc: Clerk's Office, United States District Court for the Eastern District of Texas